**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **RONTAVIS DEDREXIS WIGGINS,** : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 5:07-CV-289 (HL) |
| : | |
| **TROY COPELAND, et al,** : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 18) filed May 9, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

**SO ORDERED,** this the 30th day of May, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**